Alan B. Exelrod– CA State Bar No. 50467
abe@reztlaw.com
Kenneth J. Sugarman – CA State Bar No. 195059
kjs@reztlaw.com
Rudy, Exelrod & Zieff, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone:     (415) 434-9800
Facsimile:     (415) 434-0513

Attorneys for Plaintiff Ali Tabibian

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI TABIBIAN,<br><br>              Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br>and DOES 1-20.,<br><br>              Defendant. | Case No. 3:06-cv-02644-CRB<br><br>**JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

LAW OFFICES OF
RUDY, EXELROD & ZIEFF, L.L.P.
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CA 94104
(415) 434-9800

1  IT IS HEREBY STIPULATED by and between the parties to this action through their designated

2  counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to

3  FRCP 41(a)(1) with each party to bear its own costs and attorneys' fees

4

5

   DATE:  September 29, 2006                    RUDY, EXELROD & ZIEFF, LLP
6

7
                                                By: _____
8                                                     KENNETH J. SUGARMAN
                                                      Attorneys for Plaintiff ALI TABIBIAN
9

10

11  DATE:  October 2_____, 2006                  SEYFARTH SHAW

12

13                                              By: _____
                                                      PATRICIA H. CULLISON
14

                                                Attorneys for Defendant
15                                              DEUTSCHE BANK SECURITIES, INC.

16

17                          [PROPOSED] ORDER

18

19  Based upon the foregoing stipulation and good cause appearing, the Court hereby orders that the

20  above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1) with each party to

21  bear its own costs and attorneys' fees

22

23  DATE:  October 05, _____           SIGNED _____

24                                              IT IS SO ORDERED

25

26                                              Judge Charles R. Breyer

27

28

LAW OFFICES OF
RUDY, EXELROD & ZIEFF, L.L.P.
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CA 94104
(415) 434-9800